IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAWN MARIE SHIMKO,

    Plaintiff,

v.

RUSK COUNTY and RILEY KUMMETT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 08-cv-414-slc

---

This action came before the court and a jury with Magistrate Judge Stephen L. Crocker presiding. The issues have been tried and the jury has rendered its verdict.

IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants Rusk County and Riley Kummett against plaintiff Dawn Marie Shimko, dismissing her case.

Approved as to form this 16th day of September, 2009.

_____
Stephen L. Crocker
Magistrate Judge

_____    9/16/09
Peter Oppeneer, Clerk of Court    Date